UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SANG LAN

                                Plaintiff,

            - against -

AOL TIME WARNER, INC., THE UNITED STATES
GYMNASTICS FEDERATION d/b/a USA GYMNASTICS,
TIG INSURANCE COMPANY, TIG SPECIALTY
INSURANCE SOLUTIONS,  RIVERSTONE CLAIMS
MANAGEMENT, LLC, TED TURNER, K.S. LIU
(CHINESE NAME 刘国生),  GINA LIU AKA
K.S GINA HIU-HUNG (CHINESE NAME 谢晓虹),
WINSTON SIE (薛伟森),  HUGH MO ( 莫虎）, JOHN
DOES AND JANE DOES # 1 THROUGH 15,  INCLUSIVE

                                Defendants.
------------------------------------------------------------------------x

Case No. 11 CV 2870

**Notice of  Motion**

No Oral Argument Required

PLEASE TAKE NOTICE that upon the attached affidavit of Ping Lu, Declaration affirmation of Ming Hai, attorney for plaintiff, with exhibits, and upon all prior pleadings and proceedings, the undersigned will move this Court, at the Courthouse, 500 Pearl Street, New York NY, for an order for leave to amend the complaint as an attachment to this Motion pursuant to Rule 15 (a), Rule 15 (c) and Rule 15 (d). And granting such other and further relief as the Court deems proper.

Dated:    FLUSHING, New York
               June 8th, 2011

                                                                                LAW OFFICE OF MING HAI, PC

                                                                                   By: _____
                                                                                  MING HAI
                                                                                  Attorneys for Plaintiff (pro bono)
                                                                                 36-09 MAIN ST. SUITE 7B
                                                                                 FLUSHING, NY 11354
                                                                                 (718) 445-9111
                                                                                 EMAIL: lawminghai@yahoo.com