**EXHIBIT B**



日志

<<卓玛：陈刚去世最令朱玲后悔莫及的一件事

卓玛：最难经营的是夫妻关系>>

# 卓玛：作为桑兰当年监护人我是否耽误了她？



1998年桑兰在美国纽约参加CNN老板特纳（Ted Turner）所主办的《友好运动会》中，在一次赛前的热身动作中，不幸头部着地身受重伤。由于桑兰需要在美国做骨科手术并进行手术后的康复，需要在美国住一段时间，桑兰的主管单位《中国体操协会》决定委托我担任桑兰在美国的监

江泽民已经直接对话，谈到桑兰的问题。据说特纳一口答应照顾桑兰，虽然后来的事实证明并非如此。特纳对江泽民到底作出过什么承诺，我们不得而知。

事情经过了十多年，从去年开始，桑兰及其爱人黄健就找我们咨询，了解有关在美国进行诉讼等事项。我们如实告诉桑兰，在美国有一些专打人身伤害官司的律师，不预收律师费用，打赢了官司才收费，可以找他们咨询。但是我们也劝告桑兰，这类官司要打赢也不容易，要有比较确凿的证据。我们多次表示：凡是对她有利的、为争取她合法权益的行动，我们都支持，但是这事只能找律师，我们没法替代，他们也多次表示理解。

桑兰夫妇已经在北京咨询了很多法律专家，对于来美国打官司一事信心似乎越来越大。今日听闻纽约的海明律师也接受了桑兰的委托，并且参加了他们的"律师团"。

从海明律师4月4日的博客中读到以下说法："桑兰冤就冤在当初没有立刻请律师到法院去告他们。"海明律师在4月1日的博客中又说："因为当年受伤时，桑兰只有17岁，属于未成年人，桑兰追求赔偿的法律权利没有得到及时行使，现在需要找出来当年谁应该为桑兰找律师状告责任方，而又没有这样做，耽误了桑兰起诉责任方的 黄金时期。"

护人，我和全家老少都承担了照顾桑兰的义务。桑兰和她的父母在医院和我家住了半年多，直到次年才返回中国。

桑兰受伤后，在第一时间内就得到美国医生的诊断结论：永久性高位截瘫。这对桑兰及其家人都是一个极大的打击。至于造成意外事故的责任问题，媒体报道和桑兰自己，也一再说是她本人的失误，直到半年后她才开始陆续表示事故的原因是当时她在动作过程中出现犹疑，而犹疑的起因是罗马尼亚教练拉动垫子所致。我们曾经专门写信给运动会主管部门，要求提供出事过程的录像，对方说练习动作没有录像。

桑兰在美国养伤期间，曾经在医院和我家接待了很多来自北京的客人，他们有：朱熔基总理夫人、国务委员钱其深、外交部长唐家璇、驻美大使李肇星、驻纽约总领事张宏喜、中国国家体委主任吴绍祖、、国家体委外联司司长屠铭德、中国体操运动管理中心主任张健等很多领导人，他们都表示了对桑兰的关心的支持。此外，桑兰还得到了大批美国人以及华人社区的支持和大量捐赠。此外，关心桑兰的纽约律师也很多，其中一位还免费为桑兰办理了《基金会》的法律手续，纽约的莫虎大律师也提供了很多宝贵的法律咨询意见。

还有更重要的因素，据了解：CNN 大老板特纳和我国当时的国家领导人

看来，海明律师要追究当年的一些责任问题，他的这些说法使我感到某些不安，当年我是否也有责任呢？是否耽误了桑兰的合法权益？我家大掌柜的已经向他提出问题，希望他答复。

2011-04-06 评论（1）阅读（64）分类（人物）

(Co-Defendant Gina Liu's Blog at www.sinovision.net )

**Did I delay Sang Lan's Time to Take Legal Actions as a Guardian?**

In 1998, Sang Lan participated in the Goodwill Game sponsored by Ted Turner, the big boss of CNN in New York. When she was doing warm-up exercise, her head first landed on the floor and she was injured and paralyzed. Because Sang Lan needs to spend some time in the United States to do orthopedic surgery and the post operation rehabilitation, Sang Lan's manager and supervisor, the Chinese Gymnastics Association decided to entrust me to be her guardian in the United States. I and my entire family members have taken the obligation to look after Sang Lan. Sang Lan and her parents stayed in my home and hospital more than half a year and returned to China until the next year.

After she was injured, at the first time Sang Lan received her diagnosis from her US doctors: she had a permanent paraplegia. It was a hard blow to Sang Lan and her family. As for the liability of the accident, the media reports and Sang Lan herself repeatedly said that it was her own fault . Until six months after the accident, she began to reason that she was hesitant in the action process and the cause of hesitation is that she saw a Romanian coach removing the pad after she took off and was unable to stop. We have specifically written to the Goodwill Games authorities and asked for the video tape of the process and the accident but the answer is there is no such video for the warm up practice.

During the post operation recovery period in US, Sang Lan received lot of guests from Beijing. They are: the China Premier's wife, Madam Zhu, State Council, Mr. Qian Qi Shen, the Foreign Affair Minister, Mr. Tang Jia Xuan, China Ambassador to the US , Mr. Li Zhao Xing, China Consulate General in New York Ambassador Mr. Zhang Hong Xi, the Chairman of the China Sports Commission, Mr. Wu Shao Zu, the Director of the Foreign Affair Dept of the China Sports Commission, Mr. Tu Ming De, Chairman of the China Gymnastic Management Center, Mr. Zhang Jian. They all expressed their support and condolences (concern) toward Sang Lan. Additionally, Sang Lan received supports and lot of donations/contributions from the local overseas Chinese living in the United States. Many lawyers also expressed their concerns and supports for Sang Lan, and one of them assisted Sang Lan finished her the Foundation procedure without charge. **The attorney, Mr. Hugh Mo also provided us lot of valuable legal consultations, advices and legal opinions then.**

There is one more important factor, as far as we know that Mr. Ted Turner, the Big boss of CNN had direct dialogue with the then China President, Mr. Jiang Zemin and they talked about Sang Lan's problem. It was said that Ted Turner promised his commitment to look after Sang Lan without hesitation though the later facts proved otherwise. But what exactly Ted Turner promised to President Jiang Zemin , we do not know.

The mater had passed 10 years. Since last year, Sang Lan and her boyfriends Huang Jian had consulted us and tried to understand relevant US litigation matters. We told Sang Lan honestly, that there are some lawyers specialized in handling the personal injury

cases, those attorneys will not collect attorney fees until they win the cases. We also told Sang Lan, it is not easy to win this kind of case. It needs solid proof. We have expressed many times, we will support her to maintain all her legal rights, but things can only resort to the lawyer, we are unable to replace the lawyer and they have repeatedly (lot of times) expressed their understanding.

After consultation with lot of legal experts in Beijing, Sang Lan couple gained a growing confidence in lawsuit in America. Today, I heard that Hai Ming, an attorney in US had accepted the entrustment of Sang Lan and joined their legal group.

I read the opinion from Hai Ming's blog, the biggest problem in her case is that she did not prosecute her claims timely. At that time, when she was injured, she was only seventeen years old, is a minor. Sang Lan's legal rights to assert claims was not timely exercised, whose responsibilities is that? So I think they are looking for the person who may be responsible for not retaining a lawyer for Sang Lan to exercise her rights to file claims, the person who should do it but did not do so and missed the statute of limitations.

Later, Hai Ming wants to hold those people responsible, which makes me feel uneasy. Do I need to be responsible for it at the time? Did I delay Sang Lan's time for filing claims ? My husband has also had some queries and expected responses.

2011-04-06 comments (1), read (64)

## Certification of Translation

The undersigned hereby certify that I am competent in the Chinese-English translation. And the above translation is accurate and correct to the best of my ability.

Alice Tang

Sworn to before me on 05/26/2011

Notary Public

HAI, MING
Notary Public, State of New York
No. 02HA6094510
Qualified in Queens County
Commission Expires June 23, 20__