UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SANG LAN

                                          Index No. 11 CV 2870 (LBS)(JCF)

                  Plaintiff,

- against -                           **Notice of Voluntary Discontinuance as against AOL Time Warner, Inc.**

AOL TIME WARNER, INC., THE UNITED STATES
GYMNASTICS FEDERATION d/b/a USA GYMNASTICS,
TIG INSURANCE COMPANY, TIG SPECIALTY
INSURANCE SOLUTIONS, RIVERSTONE CLAIMS
MANAGEMENT, LLC, K.S. LIU (CHINESE NAME 刘
国生), GINA LIU (CHINESE NAME 谢晓虹), Winston
Sie (薛伟森), HUGH MO ( 莫虎 ) , JOHN DOES AND
JANE DOES # 1 THROUGH 15, INCLUSIVE

                                  Defendants.
------------------------------------------------------------------------x

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6-29-11

**PLEASE TAKE NOTICE THAT** the plaintiff, through her attorney, hereby voluntarily discontinues this action as against AOL Time Warner, Inc. without prejudice. The Summons and Complaint has not been served on AOL Time Warner, Inc. No notice of appearance is filed on behalf of this former defendant.

Dated : June 27, 2011

                             LAW OFFICE OF MING HAI, P.C.

                             By: _____
                                Hai Ming
                             36-09 Main Street, 7B
                             Flushing, NY 11354
                             (718) 445-9111
                             Attorneys for Plaintiff
                             SANG LAN

SO ORDERED:

_____
U.S.D.J.