```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SANG LAN,

                   Plaintiff,

    -against-

RIVERSTONE CLAIMS MANAGEMENT, LLC ET AL.,

                   Defendants.
---------------------------------------------------------------X

Civil Action No. 1:11-cv-02870 (LBS) (JCF)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

SIRS:

    IT IS HEREBY STIPULATED AND AGREED AS BETWEEN PLAINTIFF SANG LAN and the DEFENDANTS, TIG INSURANCE COMPANY, TIG SPECIALTY INSURANCE SOLUTIONS, RIVERSTONE CLAIMS MANAGEMENT, LLC and THE UNITED STATES GYMNASTICS FEDERATION D/B/A USA GYMNASTICS, as follows:

    That, as no party hereto is an infant or incompetent, this action and all claims asserted therein are voluntarily dismissed with prejudice and with no order of costs or attorney's fees to either party.

Dated: Uniondale, New York
        July 11, 2011

Anthony R. Gambardella (ARG 1317)
Attorneys for Defendants
TIG Insurance Company, TIG Specialty Insurance
Solutions, RiverStone Claims Management, LLC and
The United States Gymnastics Federation d/b/a USA
Gymnastics
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556-0926
Telephone: (516) 357-3242

Hai, Ming, Esq.
Attorneys for Plaintiff
Law Office of Ming Hai, P.C.
36-09 Main Street, 7B
Flushing, NY 11354
Telephone: (718) 445-9111

Re. Civ. 1:11-cv-02870 (LBS)

SO ORDERED:

_____ 7/13/11
Leonard B. Sand
United States District Judge