```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANG LAN,

                Plaintiff,

-against-

TIME WARNER, INC., KAO-SUNG LIU A/K/A K.S. LIU, GINA HIU-HUNG LIU A/K/A HUI-HUNG SIE A/K/A GINA LIU, Individually and as Trustees or Managers of Goodwill for Sang Lan Fund, HUGH HU MO, JOHN AND JANE DOES 1–30, Unknown Defendants, Jointly and Severally,

                Defendants.

11 Civ. 2870 (AT) (JCF)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to Magistrate Judge James C. Francis' October 18, 2016 report and recommendation, the Court reviewed the recommendation and found no "clear error on the face of the record." *Walker v. Vaughn*, 216 F. Supp. 2d 290, 292 (S.D.N.Y. 2002) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)) (internal quotation marks omitted). Judge Francis recommends that the Court grant Plaintiff's motion to voluntarily dismiss this action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Additionally, Judge Francis gave Defendant Mo fourteen days from the date of the report and recommendation to renew the relevant portions of the third motion for Rule 11 sanctions. Mo did not renew the request for Rule 11 sanctions.

    The Court accepts and adopts the thorough and well-reasoned report and recommendation. Accordingly, Plaintiff's Rule 41 motion for dismissal with prejudice is GRANTED.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: November 15, 2016
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge